**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 09-59982 |
| | : | |
| LANDIS, DENNIS L | : | Chapter 7 |
| LANDIS, WENDY L | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

　　The attached check in the amount of $4.30 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>Dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL  33131 | 16 | $4.30 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $4.30 | $ |

Dated: May 27, 2011　　　　　　　　/s/ David M. Whittaker
　　　　　　　　　　　　　　　　　David M. Whittaker, Trustee　(0019307)
　　　　　　　　　　　　　　　　　BRICKER & ECKLER LLP
　　　　　　　　　　　　　　　　　100 South Third Street
　　　　　　　　　　　　　　　　　Columbus, OH  43215
　　　　　　　　　　　　　　　　　Phone:  (614) 227-2355
　　　　　　　　　　　　　　　　　Fax:  (614) 227-2390
　　　　　　　　　　　　　　　　　Email:  dwhittaker@bricker.com

cc:　　United States Trustee

4587493v1

Claim 000016, Payment 1.5688%
Recovery Management Systems Corporation
For GE Money Bank
dba LOWES CONSUMER
25 SE 2nd Ave Ste 1120
Miami FL 33131

**BANK OF AMERICA, N.A.**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX
0

CHECK NUMBER
**115**

DATE: 05/26/11
AMOUNT: **********4.30

**2496259**

PAY TO THE ORDER OF
Clerk, United States Bankruptcy Court

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-59982   JEH | Debtor: LANDIS, DENNIS L |
|  | Joint Debtor: LANDIS, WENDY L |

*Four Dollars And 30/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000115⑆ ⑈111000012⑈ 4437791373⑈

| Date: 05/26/11 | Check Number:  115 | Amount:  4.30 |
|---|---|---|
| Case Number: 09-59982   JEH | | |
| Debtor Name: LANDIS, DENNIS L | | |

| Paid To: | Clerk, United States Bankruptcy Court | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE |
|---|---|---|---|
| | | | 100 SOUTH THIRD STREET |
| | | | COLUMBUS, OH 43215 |

| Description: | Claim 000016, Payment 1.5688%  Recovery Management Systems Corporation |
|---|---|
| | For GE Money Bank |
| | dba LOWES CONSUMER |
| | 25 SE 2nd Ave Ste 1120 |
| Bank Account Number: | 4437791373 |